

May 7, 2018

**VIA E-FILING**

Hon. Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Nicholas M. Insua
Partner
T. 973-639-6988
F. 973-297-6640
ninsua@mccarter.com

Re:  *Lamorak Ins. Co. v. Fulton Boiler Works, Inc., et al.*
     No. 5:13-CV-1525-MAD-TWD (N.D.N.Y.)

Dear Judge Dancks:

We represent Fulton Boiler Works, Inc. ("Fulton").  We write to provide Fulton's status report pursuant to the March 30, 2018 Minute Order.  Dkt. No. 146.

By way of background, the parties participated in an in-person settlement conference with Your Honor on January 16, 2018, as well as a subsequent telephone conference on February 9, 2018.  Dkt. No. 140.  During the telephone conference, the Court ordered Fulton and Plaintiff Lamorak Insurance Company to submit settlement proposals to Defendant Travelers Casualty and Surety Company ("Travelers") by March 1, 2018.  Dkt. No. 141.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Fulton provided its settlement proposal to Travelers on March 1, 2018.  Fulton followed up with Travelers on April 3, 2018, April 17, 2018, and May 2, 2018, but has not received any substantive response or counterproposal.

We appreciate the Court's consideration of these matters.

Respectfully submitted,

*s/ Nicholas M. Insua*

Nicholas M. Insua

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 27167239v.1