UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMORAK INSURANCE COMPANY (f/k/a ONEBEACON AMERICA INSURANCE COMPANY),<br><br>        Plaintiff,<br><br>        -against-<br><br>FULTON BOILER WORKS, INC., EMPLOYERS INSURANCE COMPANY OF WAUSAU, NATIONWIDE MUTUAL INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>        Defendants,<br><br>and<br><br>FULTON BOILER WORKS, INC.,<br><br>        Third-Party Plaintiff,<br><br>        -against-<br><br>BROWN & BROWN OF NEW YORK, INC., f/k/a THE YOUNG AGENCY,<br><br>        Third-Party Defendant. | Case No. 5:13-CV-1525 [MAD/TWD]<br><br>Judge Mae A. D'Agostino, U.S.D.J.<br>Judge Thérèse Wiley Dancks, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL BETWEEN TRAVELERS CASUALTY AND SURETY COMPANY AND FULTON BOILER WORKS, INC.** |

       IT IS HEREBY STIPULATED AND AGREED that, as between Travelers Casualty and Surety Company and Fulton Boiler Works, Inc.:

       (1)    all actual and potential claims and defenses in the above captioned matter are dismissed with prejudice only with respect to amounts incurred in the asbestos lawsuits prior to July 1, 2019 and without interest, costs, or attorneys' fees to either party; and

(2) all remaining actual and potential claims and defenses in the above captioned matter are dismissed without prejudice and without interest, costs, or attorneys' fees to either party.

| **McCARTER & ENGLISH, LLP** | **GIMIGLIANO MAURIELLO & MALONEY, P.A.** |
|---|---|
| By: s/ *David C. Kane* <br> David C. Kane (No. 518939) <br> Worldwide Plaza <br> 825 Eighth Avenue, 31st Floor <br> New York, NY 10019 <br> Phone:  212.609.6800 | By: s/ *Robert W. Mauriello, Jr.* <br> Robert W. Mauriello, Jr. (No. 516594) <br> 16 West 22nd Street <br> 10th Floor <br> New York, NY 10010 <br> Phone: 646.859.5800 |
| DATED:  March 4, 2020 | DATED:  March 4, 2020 |